FILED'09 DEC 21 15:07 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MATTHEW RYAN SEXTON,                                06-CV-209-AC

       Petitioner,                             ORDER

v.

MIKE COZNER, Superintendent
MacLaren Youth Correctional
Facility

       Respondent.

BROWN, Judge.

    Magistrate Judge John V. Acosta issued Findings and Recommendation (#66) on September 11, 2009, in which he recommended the Court deny Petitioner's Petition for Writ of Habeas Corpus (#1). Petitioner filed timely Objections to the Findings and Recommendation (#71). The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1). *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(en banc); *United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988).

In his Objections, Petitioner merely reiterates arguments contained in his Petition for Writ of Habeas Corpus and supporting documents. This Court has carefully considered Petitioner's Objections and concludes they do not provide a basis to modify the Findings and Recommendation. The Court also has reviewed the pertinent portions of the record *de novo* and does not find any error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Acosta's Findings and Recommendation (#66), and **DENIES** Petitioner's Petition for Writ of Habeas Corpus (#1).

IT IS SO ORDERED.

DATED this 21st day of December, 2009.

_____
ANNA J. BROWN
United States District Judge

2 - ORDER